ROBERT C. LAMANUZZI, SBN 213673
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 441-1979

Attorney for Defendant
DANIELCASARES

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL CASARES,<br><br>    Defendant. | Case No.:   1:17-cr-00114  LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI attorney for Defendant DANIEL CASARES, and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the status conference hearing currently scheduled for June 19, 2017, at 1:00 p.m.,  shall be continued until AUGUST 21, 2017, at 1:00 p.m.

This continuance is necessary because parties need additional time to prepare for this hearing.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served

1

by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: June 12, 2017  Respectfully submitted,

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant,
DANIEL CASARES

Dated: June 12, 2017  Respectfully submitted,

/s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant U.S. Attorney

**ORDER**

The parties' request for a continuance of the status conference is DENIED. The parties are cautioned that a request for an extension of time must be supported by good cause and shall include an explanation demonstrating due diligence, including a description of what actions have been undertaken, and what further actions are needed, to move the case forward. A statement that the "continuance is necessary because the parties need additional time to prepare for this hearing" is insufficient to constitute good cause.

IT IS SO ORDERED.

Dated: **June 12, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE