# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        v.<br><br>DANIEL CASARES,<br><br>                        Defendant. | No.  1:17-cr-00114-NONE-SKO<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release) |

     The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

     Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

☐   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

☒   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

     This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

Dated:  **August 11, 2020**                             /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE