McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00114-NONE-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| DANIEL CASARES, | |
| Defendant. | |

## BACKGROUND

This matter is currently scheduled for a status conference on **September 2, 2020** as to defendant Casares regarding the Supervised Release Violation in this case. The parties request that the status conference be continued to **September 23, 2020**. The parties request additional time to exchange and review discovery.

A proposed order appears below.

//

//

//

//

//

//

1

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for September 2, 2020 be continued to September 23, 2020.

                                                        Respectfully submitted,

                                                        McGREGOR W. SCOTT
                                                        United States Attorney

DATED: August 31, 2020                        By:    /s/ *Laura Jean Berger*
                                                                       Laura Jean Berger
                                                                       Assistant United States Attorney

DATED: August 31, 2020                        By:    /s/ *Robert Lamanuzzi*
                                                                       Robert Lamanuzzi
                                                                       Attorney for Daniel Casares

## O R D E R

IT IS SO ORDERED that the status conference currently scheduled for September 1, 2020, at 2:00 p.m. be continued to **September 23, 2020, at 2:00 p.m. before Magistrate Judge Erica P. Grosejan.**

IT IS SO ORDERED.

Dated:  **August 31, 2020**                        /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE