McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00114-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| DANIEL CASARES, | |
| Defendant. | |

**BACKGROUND**

This matter is currently scheduled for a status conference on **September 23, 2020** as to defendant Casares regarding the Supervised Release Violation in this case. The parties request that the status conference be continued to **October 21, 2020**. The parties request additional time to exchange and review discovery.

A proposed order appears below.

//
//
//
//
//
//

1

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for September 23, 2020 be continued to October 21, 2020 at 2:00 pm before the duty magistrate.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: September 18, 2020    By:    /s/ *Laura Jean Berger*
Laura Jean Berger
Assistant United States Attorney

DATED: September 18, 2020    By: /s/ *Robert Lamanuzzi*
Robert Lamanuzzi
Attorney for Daniel Casares

## O R D E R

Pursuant to the parties' stipulation, the status conference as to the supervised release violation currently set for September 23, 2020 shall be continued to October 21, 2020 at 2:00 pm before the duty magistrate judge.

IT IS SO ORDERED.

Dated:   **September 18, 2020**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2