McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CASARES,<br><br>Defendant. | CASE NO. 1:17-CR-00114-NONE-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

## BACKGROUND

This matter is currently scheduled for a status conference on **October 21, 2020** as to defendant Casares regarding the Supervised Release Violation in this case. The parties request that the status conference be continued to **November 19, 2020**. The parties request additional time to exchange and review discovery and to conduct plea negotiations.

A proposed order appears below.

//

//

//

//

//

//

1

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for October 21, 2020 be continued to November 19, 2020.

                            Respectfully submitted,

                            McGREGOR W. SCOTT
                            United States Attorney

DATED: October 15, 2020          By:     /s/ *Laura Jean Berger*
                            Laura Jean Berger
                            Assistant United States Attorney

DATED: October 15, 2020          By:     /s/ *Robert Lamanuzzi*
                            Robert Lamanuzzi
                            Attorney for Daniel Casares

**O R D E R**

IT IS SO ORDERED.

Dated:  **October 15, 2020**

UNITED STATES MAGISTRATE JUDGE