McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00114-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| DANIEL CASARES, | |
| Defendant. | |

## BACKGROUND

This matter is currently scheduled for a status conference on **November 19, 2020** as to defendant Casares regarding the Supervised Release Violation in this case. The parties request that the status conference be continued to **December 16, 2020**. The parties request additional time to resolve the violation and work with state and local authorities to coordinate resolution of possible pending charges stemming from the violation.

A proposed order appears below.

//
//
//
//
//

1

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for November 19, 2020 be continued to December 16, 2020, at 2:00 PM before the Magistrate Judge.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: November 17, 2020          By:   /s/ *Laura Jean Berger*
                                  Laura Jean Berger
                                  Assistant United States Attorney

DATED: November 17, 2020          By: /s/ *Robert Lamanuzzi*
                                  Robert Lamanuzzi
                                  Attorney for Daniel Casares

## **O R D E R**

Pursuant to the parties' stipulation, the status conference as to the supervised release violation currently set for November 19, 2020 be continued to December 16, 2020, at 2:00 PM before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **November 18, 2020**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE