McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CASARES,<br><br>Defendant. | CASE NO. 1:17-CR-00114-NONE-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

### BACKGROUND

This matter is currently scheduled for a status conference on **December 16, 2020** as to defendant Casares regarding the Supervised Release Violation in this case. The parties request that the status conference be continued to **January 15, 2021**. The parties request additional time to resolve the violation and work with state and local authorities to coordinate resolution of possible pending charges stemming from the violation.

A proposed order appears below.

//

//

//

//

//

1

//

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for December 16, 2020 be continued to January 15, 2021.

                                                                Respectfully submitted,

                                                                 McGREGOR W. SCOTT
                                                                 United States Attorney

DATED: December 14, 2020                      By:     /s/ *Laura Jean Berger*_____
                                                                           Laura Jean Berger
                                                                           Assistant United States Attorney

DATED: December 14, 2020                      By:     /s/ *Robert Lamanuzzi*_____
                                                                           Robert Lamanuzzi
                                                                           Attorney for Daniel Casares

## **O R D E R**

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **December 14, 2020**

                                                           UNITED STATES MAGISTRATE JUDGE